# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sara Flores Bernal,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:23-cv-07768-SPG-MRW<br><br>|PROPOSED| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND TWO HUNDRED AND 00/100 ($6,200.00) as authorized by 28 U.S.C. § 2412 and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 6/4/2024　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. MICHAEL R. WILNER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE